EARL W. PETHAN, JR., Plaintiff-Appellant, v. PEAVEY COMPANY, Defendant-Appellee.

Fifth District   No. 5—88—0015

Opinion filed August 23, 1989.

.Subsequent to publication the original opinion in this case was vacated and the appeal dismissed.